No. 40425.—Protest 825036–G/10746 of Swift & Co. (New Orleans).

Opinion by KEEFE, J.   On the record presented the protest was overruled.

No. 40426.—Protest 966464–G of E. Bilhuber, Inc. (New York).

Opinion by KEEFE, J.   On the record presented the protest was overruled.

No. 40427.—Protest 934395–G of Van Raalte Co. (New York).

Opinion by KEEFE, J.   On the record presented the protest was overruled.

No. 40428.—Protests 889437–G/10996 etc., of Wm. J. Oberle, Inc. (New Orleans).

Opinion by KEEFE, J.   On the record presented the protests were overruled.

No. 40429.—Protest 966361–G of Dr. Moritz Bachrach (New York).

Opinion by KEEFE, J.   The protest was dismissed.

No. 40430.—Petition 5653–R of A. W. W. Kyle Co. (Ogdensburg).

Opinion by KEEFE, J.   The evidence consisted entirely of hearsay statements as to an alleged error in printing the inserts in question.   It was found that the petitioner failed to prove that there was no intention to defraud the revenue, and on the record presented the petition was denied.

BEFORE THE FIRST DIVISION, JANUARY 16, 1939

No. 40431.—Petition 5708–R of Harris Goldman Co. (New York).

Opinion by SULLIVAN, J.   While it appeared that the petitioner was tardy in taking steps to satisfy himself that his entered value was correct, it was apparent that he did as much as he was able to do toward that end and that there was an absence of intention to defraud the United States of any of its lawful revenues. The petition was therefore granted.

No. 40432.—Petition 5668–R of Robinson & Sverdlik (New York).

Opinion by SULLIVAN, J.   It appeared that through an oversight the petitioners' clerk neglected to inform the broker that the value was in terms of gold florins rather than paper florins and entry was made on the latter basis.   Being satisfied that there was no intention to defraud the revenue the court granted the petition.